AO 442 (Rev. 5/93) Warrant for Arrest

AUSA MICHAEL C. LEIBSON (313) 226-9615

FID 1319090
WALLET 0939-0502-1792-B

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JAN - 7 2008
EASTERN
OFFICE OF THE CLERK

# United States District Court

DISTRICT OF _____ MICHIGAN - SD _____

UNITED STATES OF AMERICA

v.

D-1 ERNEST BUSH

## WARRANT FOR ARREST

CASE NUMBER: 05-CR-80589-DT-01
80859

8:08MJ2

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ERNEST BUSH _____
                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information    Complaint    X  Order of Court    Violation Notice
              Probation Violation Petition

charging him or her with (brief description of offense)

Failure to appear,

in violation of Title __18__ United States Code, Section(s) __3146__

__DAVID J. WEAVER__                         __DAVID J. WEAVER__
Name of Issuing Officer                      Title of Issuing Officer

__Kendra Byrd__                              __DEC 27 2006__  Detroit, MI
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____  by _____
                                   Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant
Detroit

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | 2008 JAN -7 PM 12:43 | |
| DATE OF ARREST | Department of Justice Marshals Office United States | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

D-1 ERNEST BUSH,

    Defendant.

_____/

CRIMINAL NO. 05-CR-80589-DT-01
80859

HON. GERALD E. ROSEN

FILED
DEC 27 2006
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## ORDER

Upon the facts alleged by the United States in its motion, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The Clerk of the Court issue a Warrant of Arrest to the United States Marshal and that the United States Marshal take into custody the said in accordance with the law, and that he be brought before this Court FORTHWITH for such proceedings as the Court may determine.

                                  GERALD E. ROSEN
                                  HON. GERALD E. ROSEN
                                  UNITED STATES DISTRICT JUDGE

DATED:    DEC 2 7 2006

Warrant of Arrest Issued:

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By_____
                      Deputy Clerk

United States
Marshals Office
Department of Justice

2007 MAY -2 PM 12:50
Detroit, Michigan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

D-1 ERNEST BUSH,

Defendant.

CRIMINAL NO. 05-CR-~~80589~~-DT-01
80859

HON. GERALD E. ROSEN

FILED
DEC 27 2006
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## MOTION FOR ISSUANCE OF BENCH WARRANT AND FORFEITURE OF BOND

NOW COMES THE UNITED STATES, by its Attorneys and states unto this Honorable Court as follows:

That ERNEST BUSH, was given due notice to appear for a supervised release violation hearing in the above-referenced case on December 13, 2006, and that said ERNEST BUSH failed to appear as instructed.

WHEREFORE, THE UNITED STATES moves this Court to issue a Warrant for his arrest.

STEPHEN J. MURPHY
United States Attorney

MICHAEL C. LEIBSON
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
Phone: (313) 226-9615
E-Mail: michael.leibson@usdoj.gov
P24092

Dated: 12/14/06